**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

May 28, 2015

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Adolfo Aguilo Jr.
Assistant District Attorney
Nueces County Courthouse
901 Leopard - Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Travis W. Berry
Attorney at Law
P.O. Box 6333
Corpus Christi, TX 78466-6333
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00305-CR
Tr.Ct.No. 13-CR-3008-4
Style:   Billie Knoll v. The State of Texas

The above-referenced cause has been set for submission without oral argument on Thursday, June 18, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Gina M. Benavides and Justice Gregory T. Perkes.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch